**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 25, 2018

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
40 Foley Square
New York, New York 10007

Re:   **United States v. Stanislav Lisov**
       **17 Cr. 048 (VEC)**

Dear Judge Caproni:

  I write to respectfully request that the Court relieve the Federal Defenders of New York from representing Stanislav Lisov on the above-captioned matter. Mr. Muratov has recently retained a private attorney, Arkady Bukh, to represent him.

  In the past few days, I received a very limited amount of documentary discovery relating to Mr. Lisov's case. I will provide Mr. Bukh a copy of what I received. I did not agree to the government's proposed protective order governing certain discovery materials because I understood that Mr. Lisov wished to retain counsel and wanted to leave that issue to the new attorney to resolve.

  In light of Mr. Lisov's retainer of Mr. Bukh, and with the government's consent, I respectfully request that I be relieved as the attorney of record for Stanislav Lisov and excused from the conference scheduled for tomorrow, January 26 at 3 PM.

                                    Respectfully submitted,

                                    /s/Annalisa Mirón
                                    Annalisa Mirón
                                    Assistant Federal Defender
                                    (212) 417-8780

cc:   AUSAs Michael Neff and Richard Cooper (via ECF)