

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

January 19, 2018

**BY EMAIL**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Counsel's request for a conference is GRANTED. The conference is scheduled for January 26, 2018 at 3:00 p.m., Courtroom 443, Thurgood Marshall U.S. Courthouse. SO ORDERED.

*Valerie Caproni*   1/22/2018

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Stanislav Vitaliyevich Lisov*, **17 Cr. 48 (VEC)**

Dear Judge Caproni:

The defendant in the above-captioned case arrived in the Southern District of New York today, by way of extradition from Spain. The Government expects that, per Your Honor's referral, the defendant will be presented and arraigned in Magistrate's Court later today. After conferring with defense counsel, the Government respectfully requests that the Court schedule an initial conference for Friday, January 26, 2018, at 12pm, which the Government understands may be convenient for the Court.

By way of background, the defendant is charged in a two-count Indictment with a large-scale computer hacking conspiracy and wire fraud conspiracy, each from at least June 2012 through January 2015. In brief, the defendant is charged with conspiring to deploy and use a type of malicious software known as NeverQuest to infect the computers of unwitting victims, steal their login information for online banking accounts, and use that information to steal money from victims' accounts. NeverQuest has been responsible for millions of dollars' worth of attempts to transfer money out of victims' accounts, many of which were successful. Discovery will include a significant amount of electronic evidence—including images of at least three computer servers, the contents of various email accounts, and hard drives from victims—as well as financial account information of victims. Because some of the discovery includes the personal identifying information of victims, the Government expects to submit a proposed protective order to the Court.

Accordingly, the Government respectfully requests that the time between today and January 26, 2018 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C.

Hon. Valerie E. Caproni                                                                                                  Page 2
January 19, 2018

§ 3161(h)(7)(A), to allow the parties time to begin producing and reviewing discovery. The Government understands that defense counsel consents to this request.

                                              Respectfully submitted,

                                              GEOFFREY S. BERMAN
                                              United States Attorney for the
                                              Southern District of New York

By:        /s/
                                              Richard A. Cooper / Michael D. Neff
                                              Assistant United States Attorneys
                                              (212) 637-1027/2107

cc:      Annalisa Mirón, Esq. (via email)