**MEMO ENDORSED**

# BUKH LAW FIRM, PLLC
### Counselors at law

1123 Avenue Z, Brooklyn, New York 11235
Telephone: (718) 376 - 4766
Facsimile: (718) 376 - 3033
Email: honorable@usa.com
Web: www.bukhglobal.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2019
```

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

November 8, 2019

    Re: <u>United States v. Stanislav Vitaliyevich Lisov</u>, 17 Cr. 48 (VEC)

Dear Caproni:

    Our firm represents Mr. Lisov in this case. The sentencing in this matter is scheduled for November 21, 2019 at 10:00 a.m. According to Your Honor's Individual Rules, any sentencing letter should be filed two weeks before the sentencing, which was yesterday, November 7, 2019. Despite our best efforts, Defendant counsel has not able to collect all sentencing support letters from overseas family members and friends prior to the deadline. Additionally, Mr. Lisov informed us that he is still drafting his statement regarding his sentencing.

    As such, on behalf of Defendant, we respectfully request that the Court grant an extension to submit the Defendant's sentencing memorandum on or before November 12, 2019.

    The government does not object to this request. Thank you for your consideration of this letter.

    Respectfully,

```
/s/ Arkady Bukh
_____
Bukh Law Firm PLLC
Attorneys for Mr. Lisov
1123 Avenue Z
Brooklyn, NY 11235
(718) 376-4766
honorable@usa.com
```

> Application GRANTED.
> Defendant's sentencing submission is due **November 12, 2019.**

SO ORDERED.

*[signature: Valerie Caproni]*

11/08/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2