UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :     [~~Proposed~~]
                                  :     **ORDER OF RESTITUTION**
    - v. -                        :
                                  :     17 Cr. 48 (VEC)
STANISLAV VITALIYEVICH LISOV,     :
    a/k/a "Black,"                :
    a/k/a "Blackf,"               :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Michael D. Neff, Assistant United States Attorney, of counsel; the Presentence Report; the conviction of STANISLAV VITALIYEVICH LISOV, a/k/a "Black," a/k/a "Blackf," the defendant, on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** STANISLAV VITALIYEVICH LISOV, a/k/a "Black," a/k/a "Blackf," the defendant, shall pay restitution in the total amount of **$481,388.04**, to be paid to the victims of the offense charged in Count One. The name, address, and specific amount owed to the victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Scope of Liability.** The defendant's liability for restitution shall continue unabated until the full amount of restitution ordered herein has been paid.

3. **Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victim, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
November 21, 2019

_____
THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK